UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDYN MITCHELL,
    Plaintiff,

vs.                                              Case No.:  3:24cv210/LAC/ZCB

J. WEST, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 31, 2024.  (Doc. 18).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 18) is adopted and incorporated by reference in this order.

2. Plaintiff's Eighth Amendment claims against Defendant Neal are **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's Eighth Amendment claims against Defendants Miller and West based on verbal threats or harassment are **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Plaintiff's retaliation claims against all Defendants are **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

5. This matter is recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims of excessive force against Defendants Miller and West.

**DONE AND ORDERED** this 25th day of November, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**