UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDYN MITCHELL,
     Plaintiff,

vs.                               Case No.:  3:24cv210/LAC/ZCB

DANIEL MILLER,
     Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 3, 2025.  (Doc. 67).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 67) is adopted and incorporated by reference in this order.

2.    Defendant's motion to dismiss (Doc. 58) is **GRANTED**.

3.    This matter is **DISMISSED** for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a).

4.      The Clerk of Court must enter judgment in accordance with this order

and close this case.

**DONE AND ORDERED** this 4th day of November, 2025.


_s/L.A. Collier_

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**